# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 851 - 9 | **DATE** | 12/20/2007 |
| **CASE TITLE** | United States of America vs. Donald McNish | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to his arrest on 12/20/07. Defendant informed of rights. The Court finds that the defendant is unable to afford counsel. The Court appoints Clifford Greene as counsel for the defendant. Enter order appointing Clifford Greene as counsel for defendant. By agreement of the parties, the defendant is released on a $4,500. Own recognizance bond. Enter order setting conditions of release. Preliminary examination hearing is set for 1/3/08 at 1:30 p.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|