# FINANCIAL AFFIDAVIT

**CJA 23** (Rev. 5/98)

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF

*Nish* vs. *McNish*

**FOR** No Dist FL
**AT** Eastern Div Chicago IL

**LOCATION NUMBER**

**PERSON REPRESENTED (Show your full name)**
Donald McNish

F I L E D
DEC ? ? 2007

Magistrate Judge Sidney I. Schenkier
United States District Court

**CHARGE/OFFENSE (describe if applicable & check box →)**
☒ Felony
☐ Misdemeanor

| | |
|---|---|
| 1 ☒ Defendant – Adult | |
| 2 ☐ Defendant – Juvenile | |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other (Specify) | |

**DOCKET NUMBERS**
Magistrate

District Court
07 CR 851 - 9

Court of Appeals
07 CR 851 - 1

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**

Are you now employed? ☒ Yes   ☐ No   ☐ Am Self Employed
Name and address of employer: Self Employed
IF YES, how much do you earn per month? $ 4000    IF NO, give month and year of last employment   How much did you earn per month? $ _____
If married is your Spouse employed?   ☐ Yes   ☐ No
IF YES, how much does your Spouse earn per month? $ _____   If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____
RECEIVED     SOURCES

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No   IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE $ 100K   DESCRIPTION Home
$ 20K   Car
$ 15,000   Truck

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 0

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | Telephone | $ | $ 50 |
| | Cell Telephone | $ | $ 100 |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 12/20/07

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)** ▶ *Don McNish*

FILED
12-20-07
DEC 20 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT