



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



FILED
FEB - 6 2008
Feb 6, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: J. Clifford Greene, Jr.

FIRM: Law Office of J. Clifford Greene, Jr.

STREET ADDRESS: ~~55 W. Monroe St., Suite 2455~~ JG   53 W. Jackson Blvd.

CITY/STATE/ZIP: Chicago, IL ~~60603~~ 60604   Suite 1304

PHONE NUMBER: 312-424-4002

ARDC NO. (If Member of Illinois State Bar): 6224018

☒ I am a member of the General Bar for the Northern District of Illinois.

☐ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 07CR 563 | US v. Thompson | Andersen |
| 07CR 823 | US v. Vizcarra | Nolan |
| 07CR 822 | US v. Oliver | Nolan |
| 07CR 843 | US v. Freeman | Schenkier |
| (07CR 851) | US v. McNish | Schenkier |

_____   JG   2-1-08 ~~2-8-08~~
Attorney's Signature              Date

Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604

Page 3 of 4