```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | No. 07 CR 851-9 |
| DON MCNISH, | ) | Judge Gettleman |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

**TO:** (1)  AUSA Greg Deis, U.S. Attorney's Office, 210 So. Dearborn Street, Chicago, Illinois  60604.

(2)  Anthony Raya, United States Pretrial Services Officer, 219 S. Dearborn St., Suite 1500, Chicago, Illinois  60604

**PLEASE TAKE NOTICE,** that on Friday April 25, 2008, at 2:00 p.m., the undersigned shall appear before the Honorable Judge Robert W. Gettleman, in courtroom 1703 located at the U.S. Courthouse, 219 So. Dearborn Street, Chicago, Illinois and then and there present Defendant **Defendant DON McNISH's Motion to Modify Conditions of Pretrial Release**, a copy of which is hereby served upon you.

/s/J. Clifford Greene, Jr.

### CERTIFICATE OF SERVICE

The undersigned certifies that the following document:

**DEFENDANT DON MCNISH'S MOTION TO MODIDY CONDITIONS OF PRETRIAL RELEASE**

was served on April 23, 2008 in accordance with Fed.R.Civ.P.5, Lr 5.5 and the General Order on Electronic Case Filing (ECF), pursuant to the district court's ECF system as to ECF filers.

/s/ J. Clifford Greene, Jr.

**LAW OFFICE OF**
**J. Clifford Greene, Jr.**
**53 West Jackson Blvd.**
**Suite 1304**
**Chicago, Illinois  60604**
**Tel.:(312)663-1400**
**Fax: (773)890-7966**
**Email:jcliffordgreene@msn.com**