IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 07 CR 851-9 |
| v. | ) | |
| | ) | Judge GETTLEMAN |
| DON McNISH, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT DON MCNISH'S MOTION TO MODIFY
CONDITIONS OF PRETRIAL RELEASE.**

**NOW COMES DEFENDANT**, DON McNISH, by and through his
attorney, J. Clifford Greene, Jr., and moves this Court for
an order modifying defendant's conditions of pretrial
release.  In support of this motion, the following is
offered:

1.    On December 20, 2007, the undersigned was appointed to
represent defendant pursuant to the Criminal Justice Act.

2.    Also on December 20, 2007 defendant was released on
bond.

3.    At the present time defendant is being supervised
through electronic monitoring and a 7 p.m. to 7 a.m.
curfew.

4.    Defendant is self employed in a business that power
washes large, multi-story buildings and heavy equipment,
which presents two (2) problems.  First, as the daylight

hours become longer, defendant is able to work longer, in many cases well beyond 7 p.m. Second, many of defendant's business clients require that the power wash  work be done at night, after 7 p.m. when the buildings are empty or are not as populated.  As to the cleaning of heavy equipment, most cranes and bulldozers are not in use during the evening hours, thus enabling defendant to clean them.

5.   Defendant has not been in violation of any of the pretrial release conditions previously imposed by this Court and has been in total compliance with all his pretrial services officer has required of him.

WHEREFORE, for all of the foregoing, Defendant DON McNISH respectfully requests a grant of the motion herein filed and issuance of an order removing the curfew/electronic monitoring  requirement included as a condition for his initial release on bond.

J. Clifford Greene, Jr.

Attorney for Defendant

**LAW OFFICE OF**
**J. Clifford Greene, Jr.**
**53 W. Jackson Blvd., Suite 1304**
**Chicago, Illinois  60604**
**Tel: (312) 663-1400**
**Fax: (773) 890-7966**
**Email:jcliffordgreene@msn.com**