```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

UNITED STATES OF AMERICA,            )
                                     )
                          Plaintiff, )
                                     )
v.                                   )  No. 07 CR 851
                                     )  Judge Gettleman
DON MCNISH,                          )
                                     )
                          Defendant. )

### NOTICE OF FILING

To: **AUSA Meghan C. Morrissey, U.S. Attorney's Office, 219 So. Dearborn Street, Chicago, Illinois. 60604.**

**PLEASE TAKE NOTICE**, that on Monday, June 30, 2008, the undersigned filed with the U.S. District Court for the Northern District of Illinois, **Defendant Don McNish's Motion For Discovery and Motion to Adopt Pretrial Motions of Co-Defendants**, a copies of which are attached and hereby served upon you.

                              Respectfully submitted,

                              s/J. Clifford Greene, Jr.

### CERTIFICATE OF SERVICE

The undersigned certifies that on Monday June 30, 2008, before the hour of 5:00 p.m., he caused a copy of the above Notice and Motions to be filed with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF System with Notice given to all filers resident in same for the above captioned case in concert with all of the applicable local rules.

                                            Respectfully submitted,

                                            s/J. Clifford Greene, Jr.

**LAW OFFICE OF**
**J. CLIFFORD GREENE, JR.**
**53 West Jackson Blvd.**
**Suite 1304**
**Chicago, Illinois  60604**
**Tel:(312) 663-1400**
**Fax:(773)-890-7966**
**Email: jcliffordgreene@msn.com**