```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF ILLINOIS
                 EASTERN DIVISION
```

UNITED STATES OF AMERICA,   )
                            )
        Plaintiff,          )
                            )
v.                          )   No. 07 CR 851
                            )   Hon. Judge Gettleman
DON McNISH,                 )
                            )
        Defendant.          )

### MOTION TO ADOPT CO-DEFENDANTS' PRETRIAL MOTIONS

**DEFENDANT DON MCNISH**, by and through his attorney, J. Clifford Greene, respectfully requests leave to adopt the pretrial motions filed by his co-defendants in this case, provided same applies.

                    Respectfully Submitted,

                    s/J. Clifford Greene, Jr.

                    Attorney For Defendant

**LAW OFFICE OF
J. CLIFFORD GREENE, JR.
53 West Jackson Blvd.
Suite 1304
Chicago, Illinois  60604
Tel:(312) 663-1400
Fax⊗773-890-7966
Email: jcliffordgreene@msn.com**